# Exhibit A

PLD-PI-001

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** STATE BAR NUMBER:165358/208394/271687 | | **FOR COURT USE ONLY** |

NAME: CHRISTOPHER DOLAN, EMILE DAVIS, MEGAN IRISH
FIRM NAME: DOLAN LAW FIRM, PC
STREET ADDRESS: 1438 Market Street
CITY: San Francisco          STATE: CA     ZIP CODE: 94102
TELEPHONE NO.: 415-421-2800     FAX NO.: 415-421-2830
EMAIL ADDRESS:
ATTORNEY FOR (name): Lynell Simmons

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
 STREET ADDRESS: 1225 Fallon Street
 MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland CA
 BRANCH NAME: Oakland

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
08/07/2025 at 11:16:13 AM
By: Darrell Drew,
Deputy Clerk

PLAINTIFF: Lynell Simmons

DEFENDANT: Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc.

[X] DOES 1 TO ___50___

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[ ] **AMENDED (Number):**

**Type (check all that apply):**

[ ] MOTOR VEHICLE    [X] OTHER (specify): Product Liability
 [ ] Property Damage  [ ] Wrongful Death
 [X] Personal Injury  [ ] Other Damages (specify):

CASE NUMBER:

25CV135988

**Jurisdiction (check all that apply):**

[ ] **ACTION IS A LIMITED CIVIL CASE** (does not exceed $35,000)
  Amount demanded  [ ] does not exceed $10,000
           [ ] exceeds $10,000
[X] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $35,000)
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
  [ ] from limited to unlimited
  [ ] from unlimited to limited

1. **Plaintiff** (name or names): Lynell Simmons

   alleges causes of action against **defendant** (name or names): Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc., and

   Does 1-50

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult

   a. [ ] **except** plaintiff (name):

      (1) [ ] a corporation qualified to do business in California.

      (2) [ ] an unincorporated entity (describe):

      (3) [ ] a public entity (describe):

      (4) [ ] a minor  [ ] an adult

         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.

         (b) [ ] other (specify):

      (5) [ ] other (specify):

   b. [ ] **except** plaintiff (name):

      (1) [ ] a corporation qualified to do business in California.

      (2) [ ] an unincorporated entity (describe):

      (3) [ ] a public entity (describe):

      (4) [ ] a minor  [ ] an adult

         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.

         (b) [ ] other (specify):

      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

Westlaw Doc & Form Builder™

PLD-PI-001

| SHORT TITLE: Simmons v Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc. et al | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant (name): Liuyuesheng/Hunter Tribe
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☒ **except** defendant (name): Amazon.com Sales, Inc.
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-25                were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 26-50                are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: Simmons v Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc. et al | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

    a. ☐ Motor Vehicle

    b. ☐ General Negligence

    c. ☐ Intentional Tort

    d. ☒ Products Liability

    e. ☐ Premises Liability

    f. ☒ Other *(specify):* Fraud Cause of Action and Exemplary Damages attachment

11. Plaintiff has suffered *(check all that apply)*

    a. ☒ wage loss.

    b. ☐ loss of use of property.

    c. ☒ hospital and medical expenses.

    d. ☒ general damage.

    e. ☐ property damage.

    f. ☒ loss of earning capacity.

    g. ☒ other damage *(specify):* reasonable value of household and transportation services, prejudgment interest

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

    a. ☐ listed in Attachment 12.

    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. (1) ☒ compensatory damages.

        (2) ☒ punitive damages.

    b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

        (1) ☒ according to proof.

        (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 08/04/2025

Christopher Dolan, Emile Davis, Megan Irish

▶

| (TYPE OR PRINT NAME) | (SIGNATURE OF PLAINTIFF OR ATTORNEY) |
|---|---|

PLD-PI-001(5)

| SHORT TITLE: Simmons v Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc. et al | CASE NUMBER: |
|---|---|

First _____ **CAUSE OF ACTION—Products Liability**    Page 4 _____
(number)

ATTACHMENT TO   [X] Complaint   [  ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Lynelle Simmons .

Prod. L-1. On or about *(date):* January 14, 2024         plaintiff was injured by the following product: Hunter Tribe Portable Steam Sauna Full Size Personal Sauna for Home

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  [X]   used in the manner intended by the defendants.
  [X]   used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  [  ]  purchaser of the product.          [X]  user of the product.
  [  ]  bystander to the use of the product.    [  ]  other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.  [X]  **Count One—Strict liability** of the following defendants who
    a.  [X]  manufactured or assembled the product *(names):* Liuyuesheng/Hunter Tribe USA

        [X]  Does _____ 1 _____ to _____ 50 _____
    b.  [X]  designed and manufactured component parts supplied to the manufacturer *(names):* Liuyuesheng/ Hunter Tribe USA

        [X]  Does _____ 1 _____ to _____ 50 _____
    c.  [X]  sold the product to the public *(names):* Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc.

        [X]  Does _____ 1 _____ to _____ 50 _____

Prod. L-5.  [X]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):* Liuyuesheng/ Hunter Tribe USA, Amazon.com Sales, Inc.

        [X]  Does _____ 1 _____ to _____ 50 _____

Prod. L-6.  [X]  **Count Three—Breach of warranty** by the following defendants *(names):* Liuyuesheng/Hunter Tribe USA , Amazon.com Sales, Inc.

        [X]  Does _____ 1 _____ to _____ 50 _____
    a.  [X]  who breached an implied warranty
    b.  [X]  who breached an express warranty which was
        [X]  written    [  ]  oral

Prod. L-7.  [X]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [  ]  listed in Attachment-Prod. L-7  [X]  as follows: Liuyuesheng/Hunter Tribe USA, Amazon.com Sales , Inc.. and Does 1-50 - Negligent inspection, shipping, distribution, importation, manufacture and design

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]      **CAUSE OF ACTION—Products Liability**      Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

**PLD-C-001(3)**

| | CASE NUMBER: |
|---|---|
| SHORT TITLE: Simmons v Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc. et al | |

# CAUSE OF ACTION—Fraud

_____Second_____
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

(*Use a separate cause of action form for each cause of action.*)

FR- 1. Plaintiff (*name*): Lynell Simmons

alleges that defendant (*name*): Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc., and Does 1-50

on or about (*date*):    November 27, 2023    defrauded plaintiff as follows:

FR-2. [X]  **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact    [ ]  as stated in Attachment FR-2.a    [X]  as follows:
Defendants, and each of them, sold, marketed, and/or distributed a home sauna, including the Hunter Tribe Portable Steam Sauna Full Size Personal Sauna for Home claiming it was 'explosion proof'. Defendants, and each of them, also sold, marketed, and/or distributed the sauna as safe.

b. These representations were in fact false. The truth was    [ ]  as stated in Attachment FR-2.b  [X]  as follows:
The Hunter Tribe Portable Steam Sauna Full Size Personal Sauna for Home was not explosion proof. The sauna was not safe because it was designed, manufactured and distributed in a manner that would explode water so hot as to cause severe burns to persons nearby.

c. When defendant made the representations,
[X]  defendant knew they were false, **or**
[X]  defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [X]  **Concealment**
a. Defendant concealed or suppressed material facts    [ ]  as stated in Attachment FR-3.a    [X]  as follows:
The Sauna was defective in its design, manufacture and/or distribution and was not explosion proof but was instead poorly designed, manufactured and/or distributed and was prone to exploding very hot water onto persons nearby while in operation.
b. Defendant concealed or suppressed material facts
[X]  defendant was bound to disclose.
[X]  by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.
c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page    5

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]    **CAUSE OF ACTION—Fraud**    Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

PLD-C-001(3)

| | CASE NUMBER: |
|---|---|
| SHORT TITLE: Simmons v Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc. et al | |

_____Second_____                          **CAUSE OF ACTION—Fraud**
        (number)

FR-4. ☐  **Promise Without Intent to Perform**

    a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a ☐ as follows:

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5 ☒ as follows: Plaintiff used the Sauna that was represented to be 'explosion proof' from defendants, and each of them. The sauna cost $144.99.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in Attachment FR- 6 ☒ as follows: Plaintiff brought the dangerous sauna into her home, where it exploded while in use. Plaintiff suffered catastrophic injuries, including severe burns across her face, chest and arms.

FIR - 7. Other:

**Page**   6

PLD-PI-001(6)

| SHORT TITLE: Simmons v Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc. et al | CASE NUMBER: |
|---|---|

## Exemplary Damages Attachment                              Page ____7____

ATTACHMENT TO    ☒ Complaint    ☐ Cross - Complaint

EX-1. As additional damages against defendant *(name):* Liuyuesheng/Hunter Tribe USA, Amazon.com Sales, Inc. and Does 1-50

Plaintiff alleges defendant was guilty of
☒ malice
☒ fraud
☒ oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

Defendants, and each of them, designed, manufactured, and/or distributed a consumer product, called a Portable Steam Sauna Full Size Personal Sauna for Home (Sauna) that was dangerously designed, manufactured and/or distributed that would explode very hot water onto persons nearby. Defendants, and each of them, knew or should have known about the dangerous exploding nature of the device.

Defendants and each of them placed a product on the market without adequate testing.

Defendants continued to manufacture and or distributed the defective sauna despite knowing it did not heat properly and/or was not a durable product and failed very soon after purchase (October 2023).

Despite having Plaintiff's name and address, at no time between the date others had reported issues with the product, and the date it caused Plaintiff injury, did defendants, and each of them, ever attempt to warn the Plaintiff of the dangers of the product and problems others had been reporting.

Defendants misled the public about the safety of the product, improperly claiming it was explosion proof, improperly claiming the product was safe.

As a result of the malice of defendants, and each of them, whose actions were despicable and carried on with a willful and conscious disregard of the safety of consumers, Plaintiff suffered severe physical, mental and emotional injuries when the sauna exploded and burned her face, chest and arms.

By intentionally misrepresenting the safety of the product and misrepresented and/or concealed information about the product, defendants, and each of them, intentionally misrepresented, deceived, or concealed one or more material facts known to the defendants with the intention of depriving plaintiff of money. Defendants, and each of them also caused Plaintiff to suffer physical, mental and emotional injuries when she was burned.

EX-3. The amount of exemplary damages sought is
a. ☒ not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☐ $

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*
Westlaw Doc & Form Builder™